# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## DIVISION

| | | |
|---|---|---|
| ANTHONY Q. SAMUEL and CHERIE SAMUEL, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | NO. 4:18-cv-02455 |
| SPIRIT AIRLINES, INC., JOHN DOES and JANE DOE, | § § § | JURY DEMAND |
| Defendants. | § § § | |

## PLAINTIFFS' NOTICE OF SETTLEMENT

Plaintiffs Anthony Q. Samuel and Cherie Samuel hereby inform the Court with notice that the parties have reached a settlement of all matters involving the allegations made in the complaint and intend to file agreed documents of dismissal within thirty (30) days.

DATED: December 26, 2019

                              Respectfully submitted,

                              **ABRAHAM, WATKINS, NICHOLS,**
                              **SORRELS, AGOSTO & AZIZ**

                              */s/Muhammad S. Aziz*
                              MUHAMMAD S. AZIZ
                              Federal ID No. 868540
                              State Bar No. 24043538
                              Federal ID No. 3030526
                              800 Commerce Street
                              Houston, Texas 77002
                              Telephone: (713) 222-7211
                              Facsimile: (713) 225-0827
                              maziz@awtxlaw.com

                              **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon opposing counsel on December 26, 2019 via the Court's ECF/CMF electronic filing and service system.

*/s/ Muhammad S. Aziz*
Muhammad S. Aziz